Whitney *v.* Cottle.

Exceptions from the District Court.

Entry. The defendant was summoned to answer to Rice Rowell in "a plea of land, wherein the said Rowell demands against the said Jonathan possession of one undivided third part of the following parcel or tract of land, [described in the declaration,] whereof the said Small unjustly. . . . . . To the damage of said Rowell," &c.

The plaintiff moved to amend the declaration by adding the usual averments, requisite to a declaration in a writ of entry. The Judge ruled that, *as matter of law,* the amendment could not be made.

*Ruggles* and *Gould,* for plaintiff.

*G. Abbott,* for defendant.

---

JAMES WHITNEY *versus* JOHN COTTLE.

A witness testified to a conversation of the defendant; and parts of it were relevant and parts were irrelevant to the present suit; — *Held,* that, though the evidence of the irrelevant declarations was seasonably objected to, exceptions to the admission of it could not be sustained.

*Ingalls,* for defendant.

*Gould,* for plaintiff.